IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KENNETH ARNEZ DAVIS, A living man,
as a father in full capacity and
lawful genealogical father for
Olorun Anu Davis,
a sacred minor heir,
*Petitioner*,

V.

TEXAS DEPARTMENT OF FAMILY
AND PROTECTIVE SERVICES,
a corporate state subdivision,

CHILDREN'S MEDICAL CENTER,
a federally funded private
contractor,

CHRISTOPHER J. DUROVICH,
in his individual
and private capacity

VIVIAN CHIOMA OKOYE,
in her individual
and private capacity,

MICHAEL YU,
in his individual
and private capacity,

ASGAR DHUDBHAI,
in his individual
and private capacity,

Case: 1:25-cv-02598   JURY DEMAND
Assigned To : Unassigned
Assign. Date : 8/8/2025
Description: TRO/Prel. Inj. (D-DECK)

§
§   EMERGENCY
§   RESTRAINING ORDER
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

SUZANNE DAKIL, §
in her individual §
and private capacity, §
 §
KAMEKA HEWITT, §
in her individual §
and private capacity, §
 §
CARL BROWN, §
in her individual §
and private capacity, §
 §
STEPHANIE MUTH, §
in her individual §
and private capacity, §
 §
MEDICAL CITY ARLINGTON, §
d/b/a HCA Healthcare, a for-
profit hospital, §
 §
EMPOWER TEXAS CHILD WELFARE §
SERVICES, §
a private contractor, §
 §
TFI FAMILY SERVICES, INC., §
a foreign nonprofit corporation, §
 §
TEXAS FAMILY INITIATIVE, LLC, §
a foreign nonprofit corporation, §
 §
AMBER BOLLINGER, §
in her individual §
and private capacity, §
 §
JORDAN BLACK, §
in her individual §
and private capacity, §
 §
DEIRDRE DAVENPORT, §
in her individual §
and private capacity, §

| | |
|---|---|
| TELEISHA AUSTIN,<br>in her individual<br>and private capacity, | §<br>§<br>§<br>§ |
| AMBER WOOTEN,<br>in her individual<br>and private capacity, | §<br>§<br>§<br>§ |
| PATRICIA GONZALEZ,<br>in her individual<br>and private capacity | §<br>§<br>§ |
| EDUARDO SOLIS,<br>in his individual<br>and private capacity | §<br>§<br>§<br>§ |
| CIERA TIMMINS-RICHARDSON,<br>in her individual<br>and private capacity, | §<br>§<br>§ |
| RANDY NEFF,<br>in his individual<br>and private capacity, | §<br>§<br>§ |
| RUBEN MEDRANO,<br>in his individual<br>and private capacity, | §<br>§<br>§ |
| WHITNEY URQUHART,<br>in her individual<br>and private capacity, | §<br>§<br>§ |
| KNESHAE CHOICE,<br>in her individual<br>and private capacity, | §<br>§<br>§ |
| CHARLISA JACKSON,<br>in her individual<br>and private capacity, | §<br>§<br>§ |
| JACLYN DEMKO GRAY,<br>in her individual<br>and private capacity, | §<br>§<br>§ |

| | |
|---|---|
| BEN WILKINS,<br>in his individual<br>and private capacity, | §<br>§<br>§ |
| RYAN GRIFFIN,<br>in his individual<br>and private capacity, | §<br>§<br>§ |
| VICKI SPRIGGS,<br>in her individual<br>and private capacity, | §<br>§<br>§ |
| TEXAS CASA, INC.,<br>a statewide nonprofit entity, | §<br>§ |
| AMY LIERMAN,<br>in her individual<br>and private capacity as a | §<br>§<br>§ |
| FELICIA PITRE,<br>in her individual<br>and private capacity | §<br>§<br>§ |
| BRONDA CHERYL DAVIS<br>in her individual<br>and private capacity | §<br>§<br>§ |
| CAMECIA K BRACKENS-WHITE<br>in her individual<br>and private capacity | §<br>§<br>§ |
| DAPHNE LOONEY-LANIER<br>in her individual<br>and private capacity | §<br>§<br>§ |
| ONAN DUMAS in his individual<br>and private capacity | §<br>§ |
| HADI SHAH<br>in his individual<br>and private capacity, | §<br>§<br>§ |

| | |
|---|---|
| CHERYL LEE SHANNON<br> in his individual<br>and private capacity, | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |
| PATRICIA CHANDLER<br>in her individual<br>and private capacity | |
| IRIDIAN CRISOL CUETO<br>in her individual<br>and private capacity | §<br>§<br>§<br>§ |
| ANGEL NEWMAN<br>in her individual<br>and private capacity | §<br>§<br>§<br>§ |
| TAYLOR N. HATCH<br>in her individual<br>and private capacity | §<br>§<br>§<br>§ |
| BILLY WOODS<br> in his individual<br>and private capacity, | §<br>§<br>§<br>§ |
| MIKE BALKEN<br> in his individual<br>and private capacity, | §<br>§<br>§<br>§ |
| KIDS CENTRAL, INC<br>a statewide nonprofit entity.<br>    Defendants | § |

## EMERGENCY MOTION FOR IMMEDIATE RETURN OF MINOR CHILD AND ENFORCEMENT OF PARENTAL RIGHTS

Plaintiff Kenneth Arnez: Davis, sui juris, Indigenous American and natural parent of minor heir Olorun Anu Davis, respectfully moves this Court under its emergency equitable and protective jurisdiction to immediately order the return of his son, Olorun Anu Davis, who was unlawfully and forcibly seized by Defendants acting under color of law without judicial warrant, parental consent, or imminent

danger, in direct violation of the Fourth and Fourteenth Amendments to the U.S. Constitution, as well as the United Nations Convention on the Rights of the Child and the sacred rights of Indigenous family sovereignty.

On June 2, 2025, armed agents from Dallas County and affiliated entities unlawfully abducted the minor child from his lawful domicile in Collin County, Texas, absent any lawful exigency, warrant, or court order. Since that time, Defendants have continued to unlawfully withhold the child from his parents, denied visitation and communication, and subjected him to involuntary medical procedures, thereby committing acts of kidnapping, medical battery, and civil rights violations.

This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343 and is vested with the inherent power to protect the sacred rights of familial integrity and prevent irreparable harm. No adequate remedy exists at law, and every day of separation constitutes a new and ongoing injury to the child and his parents.

WHEREFORE, Plaintiff respectfully prays this Honorable Court grant the following:

1. An emergency order compelling the immediate and unconditional return of minor Olorun Anu Davis to the physical and legal custody of his father, Kenneth Arnez: Davis, and mother, Angela Marva: Cooper;
2. An order restraining Defendants from interfering with Plaintiff's constitutional rights to family unity, medical choice, and due process;
3. Any other relief this Court deems just and proper in the interest of equity and justice.

Respectfully Submitted,

Dated: August 5, 2025

Kenneth Arnez: Davis Sui Juris, Private Citizen, Indigenous Progenitor Natural and Lawful Father of Olorun Anu Davis