IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KENNETH ARNEZ DAVIS, | § | |
| *Plaintiff,* | § § § | |
| v. | § | No. 3:25-CV-3048-X-BW |
| TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, et al., | § § § § | |
| *Defendants.* | § § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 12). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Court **DENIES** the Plaintiff's Emergency Motion for Immediate Return of Minor Child and Enforcement of Parental Rights. (Doc. 3).

**SO ORDERED** this 4th day of December, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE